1  JOSEPH P. RUSSONIELLO
   United States Attorney
2  LUCILLE GONZALES MEIS
   Regional Chief Counsel, Region IX
3  TIMOTHY R. BOLIN, SBN CA 259511
4  Special Assistant United States Attorney

5      333 Market Street, Suite 1500
       San Francisco, California 94105
6      Telephone: 415-977-8982
       Facsimile: 415-744-0134
7      Email: timothy.bolin@ssa.gov

8  Attorneys for Defendant
9

10              UNITED STATES DISTRICT COURT
11              NORTHERN DISTRICT OF CALIFORNIA
12              SAN FRANCISCO DIVISION
13

14  MELISSA STANSBERRY
    ~~CLAYTON B. WATTS~~,
15                                      Case No. 3:09-cv-04731-MHP
16      Plaintiff,
                                        STIPULATION AND ~~[PROPOSED]~~
17      v.                              ORDER

18  MICHAEL J. ASTRUE,
    Commissioner of Social Security,
19
        Defendant.
20

21
        The parties hereby stipulate and agree that Defendant's time to file a Cross-Motion for
22
    Summary Judgment and Opposition to Plaintiff's Motion for Summary Judgment is extended
23
    through and including March 26, 2010.
24
    //
25
    //
26
    //
27
    //
28

| | | | |
|---|---|---|---|
| Dated: March 12, 2010 | | By: | */s/ Kenneth J. Collins *<br>KENNETH J. COLLiNS<br>* *By telephonic authorization* |

Attorney for Plaintiff

| | | | |
|---|---|---|---|
| Dated: March 12, 2010 | | | BENJAMIN B. WAGNER<br>United States Attorney |

LUCILLE GONZALES MEIS
Regional Chief Counsel, Region IX

By:   */s/ Timothy R. Bolin*
TIMOTHY R. BOLIN
Special Assistant United States Attorney

Attorneys for Defendant

**THE COURT APPROVES THE FOREGOING STIPULATION AND SO ORDERS.**

Dated: 3/16/2010                    _____
HONORABLE MARILYN H. PATEL
United States District Judge

IT IS SO ORDERED
Judge Marilyn H. Patel