JOSEPH P. RUSSONIELLO
United States Attorney
LUCILLE GONZALES MEIS
Regional Chief Counsel, Region IX
TIMOTHY R. BOLIN, SBN CA 259511
Special Assistant United States Attorney

    333 Market Street, Suite 1500
    San Francisco, CA 94105
    Telephone: 415-977-8982
    Facsimile: 415-744-0134
    Email: timothy.bolin@ssa.gov

Attorneys for Defendant
Michael J. Astrue, Commissioner of Social Security

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| MELISSA STANSBERRY,<br><br>    Plaintiff,<br><br>v.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br><br>    Defendant. | Case No. 3:09-cv-04731-MHP<br><br>**STIPULATION TO VOLUNTARY REMAND PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g) AND TO ENTRY OF JUDGMENT; [PROPOSED] ORDER** |

    THE PARTIES HEREBY STIPULATE, through their undersigned attorneys and with the approval of the Court, that Defendant has agreed to a voluntary remand of this case pursuant to sentence four of 42 U.S.C. § 405(g). The purpose of the remand is to offer Plaintiff a new hearing and decision.

    Upon remand, the Office of Disability Adjudication and Review will remand this case to an Administrative Law Judge (ALJ) and direct him or her to update the record regarding

-1-

Plaintiff's impairments in accordance with Social Security regulations and rulings. The ALJ shall consider the medical and opinion evidence of Obiamiwe Umeh, M.D., and reassess Plaintiff's residual functional capacity and whether Plaintiff can return to her past relevant work. The ALJ shall consider the medical and opinion evidence of Michael Joyce, M.D., and how Plaintiff's mental impairments may affect her ability to work. The ALJ shall develop the record regarding Plaintiff's mental and physical impairments as necessary. The ALJ shall obtain from medical expert(s) clarification of the nature and severity of Plaintiff's impairments as necessary. The ALJ shall obtain supplemental vocational expert evidence as necessary.

Dated: March 16, 2010     By:   */s/ Kenneth J. Collins*
                                KENNETH J. COLLINS
                                Attorney for Plaintiff

Dated: March 22, 2010           BENJAMIN B. WAGNER
                                United States Attorney

                                LUCILLE GONZALES MEIS
                                Regional Chief Counsel, Region IX

                          By:   */s/ Timothy R. Bolin*
                                TIMOTHY R. BOLIN
                                Special Assistant United States Attorney

                                Attorneys for Defendant

**THE COURT APPROVES THE FOREGOING STIPULATION AND SO ORDERS.**

Dated:  3/23/2010            _____
                             HONORABLE MARILYN HALL PATEL
                             United States Magistrate Judge

