1  KENNETH J. COLLINS CSB 100579
   Attorney at Law
2  P.O. Box 1193
   Arcata, CA  95518
3  (707) 822-1611 fax 822-1044
   aew1950@yahoo.com
4  Attorney for Plaintiff

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| MELISSA STANSBERRY, ) | Case No. 3:09-cv-04731-MHP |
| Plaintiff, ) | |
| v. ) | **STIPULATION AND ORDER** |
| ) | **AWARDING ATTORNEY FEES** |
| MICHAEL J. ASTRUE, ) | **UNDER THE EQUAL ACCESS TO** |
| Commissioner of Social Security, ) | **JUSTICE ACT, 28 U.S.C. § 2412(d),** |
| ) | **AND COSTS UNDER 28 U.S.C. § 1920** |
| Defendant. ) | |
| ) | |

IT IS HEREBY STIPULATED by and between the parties through their undersigned counsel, subject to the approval of the Court, that Plaintiff's counsel be awarded attorney fees under the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412(d), in the amount of THREE THOUSAND THREE HUNDRED THIRTY-SEVEN dollars and FIFTY cents ($3,337.50) in EAJA attorney fees and cost in the amount of THREE HUNDRED AND FIFTY dollars and no cents ($350.00).  This amount represents compensation for all legal services rendered on behalf of Plaintiff by counsel in connection with this civil action, in accordance with 28 U.S.C. § 2412(d).

This stipulation constitutes a compromise settlement of Plaintiff's request for EAJA attorney

-1-

fees, and does not constitute an admission of liability on the part of Defendant under the EAJA. Payment of THREE THOUSAND THREE HUNDRED THIRTY-SEVEN dollars and FIFTY cents ($3,337.50) in EAJA attorney fees and cost in the amount of THREE HUNDRED AND FIFTY dollars and no cents ($350.00), shall constitute a complete release from and bar to any and all claims Plaintiff may have relating to EAJA fees in connection with this action. Any payment shall be made delivered to Plaintiff's counsel.

This award is without prejudice to the rights of Plaintiff's counsel to seek Social Security Act attorney fees under 42 U.S.C. § 406, subject to the provisions of the EAJA.

Dated: April 21, 2010          By:     /s/ *Kenneth J. Collins*
                                       KENNETH J. COLLINS
                                       Attorney for Plaintiff

Dated: April 21, 2010                  BENJAMIN B. WAGNER
                                       United States Attorney

                                       LUCILLE GONZALES MEIS
                                       Regional Chief Counsel, Region IX

                               By:     /s/ *Timothy R. Bolin*
                                       TIMOTHY R. BOLIN
                                       Special Assistant United States Attorney

                                       Attorneys for Defendant

**THE COURT APPROVES THE FOREGOING STIPULATION AND SO ORDERS.**

Dated: April  22 , 2010                _____
                                       HONORABLE MARILYN H. PATEL
                                       United States Magistrate Judge

IT IS SO ORDERED
Judge Marilyn H. Patel

-2-